**Claudie Ray COX, Jr., Plaintiff–Appellant,**

**v.**

**Greg GASKINS, Defendant–Appellee,**

and

**Wayne Melton, Investigator; Allen Jordan; Wayland J. Sermons, Jr.; Dennis M. Kilcoyne; Barry Purser; Donnie Ray Mutherspaw, Defendants.**

No. 03–6905.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 9, 2003.

Decided Oct. 22, 2003.

Claudie Ray Cox, Jr., Appellant Pro Se. Mark Allen Davis, Womble, Carlyle, Sandridge & Rice, Raleigh, North Carolina, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Claudie Ray Cox, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cox v. Gaskins,* No. CA–01–936–H–5 (E.D.N.C. June 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*